68 So.2d 53

### Rube BURT v. STATE.
### 7 Div. 217.

Supreme Court of Alabama.
Nov. 5, 1953.

W. M. Beck, Fort Payne, for petitioner.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Rube Burt for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Burt v. State, 68 So.2d 51.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.